```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          BLUEFIELD
```

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:17-00195-004

GEORGETTA KENNEY

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion requesting early release from her term of supervised release. (ECF No. 541). The court has considered defendant's background, her performance while on supervised release, and the recommendation of the United States Probation Office. The government does not object to defendant's motion. The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing, defendant's motion is **GRANTED**. It is therefore **ORDERED** that defendant be released from her term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to counsel of record, and to the Probation Office of this court who should forward a copy to Ms. Kenney.

**IT IS SO ORDERED** this 14th day of March, 2023.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge